NO. 07-04-0058-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JUNE 22, 2006

______________________________

GREGORY SHAWN BRYANT AND LINSEY KAY BRYANT,

INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE 

OF KENNALEE D’LIN BRYANT, A DECEASED MINOR, APPELLANTS

v.

ERIC NICHOLAS LEVY, M.D., AMARILLO AREA HEALTHCARE

SPECIALISTS, L.L.P., NORTHWEST TEXAS HEALTHCARE

SYSTEM, INC., APPELLEES

_________________________________

FROM THE 108
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 89,510-E; HON. ABE LOPEZ, PRESIDING

_______________________________

Before QUINN, C.J., REAVIS, J., and BOYD, S.J.
(footnote: 1) 

ON MOTIONS FOR REHEARING

For the reasons expressed in this court’s original opinion, I remain convinced that all the motions for rehearing should be denied.  To the majority’s decision to grant the motion for rehearing filed by Eric Nicholas Levy, M. D., and the Amarillo Area Healthcare Specialists, L.L.P. (AAHS), I respectfully dissent.

John T. Boyd

          Senior Justice

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon 2005).